[No. 22090-3-II.    Division Two.    January 8, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. IKENASIO NIKOLAO KELEKOLIO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-1-00026-0, Frederick B. Hayes, J., entered June 10, 1997. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater, A.C.J., and Hunt, J.

[No. 22154-3-II.    Division Two.    January 8, 1999.]

JOHN T. MALDON, *Appellant*, v. PIERCE TRANSIT, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-2-11576-0, Rudolph J. Tollefson, J., entered July 3, 1997. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 22260-4-II.    Division Two.    January 8, 1999.]

LANCE OSLUND, ET AL., *Appellants*, v. BRIAN PHILLIPS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 93-2-00766-0, F. Mark McCauley, J., entered July 22, 1997. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong and Hunt, JJ.

[No. 22490-9-II.    Division Two.    January 8, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. SPENCER LEROY MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-01821-0, D. Gary Steiner, J., entered October 7, 1997. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Seinfeld, J.